Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

AUG 29 2024 PM4:06
FILED - USDC - FLMD - TPA

| | |
|---|---|
| Michael Hardnett | Case No. 8:24-CV-2066-KKM-SPF |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| United States Government | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Hardnett |
| Street Address | 501 W Mc Lendon Street |
| City and County | Plant City, USA |
| State and Zip Code | Florida 33563 |
| Telephone Number | 615-913-0048 |
| E-mail Address | travelalone815@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

IFP

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    United States Government
    Job or Title (if known)
    Street Address    950 Pennsylvania Avenue NW
    City and County    Washington
    State and Zip Code    DC 20530
    Telephone Number
    E-mail Address (if known)    USA.gov or justice.gov

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Bakers Act and the Emergency Medical Treatment and Active Labor Act (EMTALA).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Michael Hardnett, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* United States Government, is incorporated under the laws of the ~~State of~~ *(name)* US Federal Government, and has its principal place of business in the State of *(name)* Florida.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000.00 One million dollars in compensatory damages, The Emergency Medical Treatment and Active Labor Act (EMTALA) holds hospitals liable

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was kicked out of Bruce W. Carter VA medical center Emergency Room on 12/02/22 at midnight without medical treatment due to my race. I am an USA Army Service Connected Veteran rated at 100% by the Dept. of VA. The complaints I have written to appropriate government agencies gone unanswered including the Office of Congresswomen Franchescia Wilson office and the Dept of VA Complaint line.

Dept of VA Refuse to pay for brand Name medications

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Reimbursed for Brand Name medicines. $1,000,000.00 for punitive compensatorary damages*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29 Aug 24

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Michael Hardnett

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____



**U.S. Department of Veterans Affairs**
Office of General Counsel

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420
Telephone: (202) 461-4900

In Reply Refer To: GCL#529213

Certified Mail 7013 2630 0001 4734 8586

April 1, 2024

Michael Hardnett
18117 Biscayne Blvd. Apt# 2584
Miami, FL 33160

Re:   Administrative Tort Claim

Dear Mr. Hardnett:

The Department of Veterans Affairs (VA) has reviewed the administrative tort claim received by the VA Office of General Counsel on October 30, 2023. Our adjudication of the claim included a review of the medical records, interview of providers, and a review of the claim by an independent medical reviewer.

The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680, under which you filed the claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission.

Our review concluded there was no negligent or wrongful act on the part of a VA employee acting within the scope of employment that caused compensable harm. Accordingly, we deny the claim.

If you are dissatisfied with the denial of the claim, you may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA attorneys handling FTCA claims work for the Federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Thank you for your service to our country.

Sincerely,

*Jennifer Hansen*

Jennifer Hansen
Deputy Chief Counsel

---

Veterans Crisis Line   Confidential and Available 24 Hours a Day
Dial 988 & Press 1   |   Text to 838255   |   On-Line Chat at www.veteranscrisisline.net

# Prescription Records

**Confidential Patient Information**

**Walgreens**

**Michael Hardnett**
18117 BISCAYNE BLVD # 2584 *BRAND EFFEXR
AVENTURA,FL 331602535
(615) 913-0048

Male

01/01/2023 to 07/15/2024

Showing Prescriptions, Sorted By fill date (01/01/2023 to 07/15/2024)

| Fill Date | Prescription | Prescriber | Pharmacist | NDC# | Ins/Claim Ref# | Price |
|---|---|---|---|---|---|---|
| 07/07/2024 | Fluticasone 50mcg Nasal Sp (120) Rx<br>Rx:1997413-06659<br>Qty:16 | Fischione,Andrea | ATL | 60505082901 | CMRKMPD/<br>241893540392<br>262999 | $0.00 |
| 07/03/2024 | Trazodone 50mg Tablets<br>Rx:2650033-06732<br>Qty:30 | Castro cordoba,Juan | CXT | 13107007901 | CMRKMPD/<br>241855615037<br>202998 | $2.12 |
| 07/03/2024 | Effexor XR 150mg Capsules<br>Rx:2650034-06732<br>Qty:30 | Castro cordoba,Juan | JNM | 00008083621 | CMRKMPD/<br>241855619477<br>036996 | $237.07 |
| 07/03/2024 | Bupropion XL 150mg Tablets (24 H)<br>Rx:2650061-06732<br>Qty:30 | Castro cordoba,Juan | JXT | 42806041409 | CMRKMPD/<br>241855833466<br>315998 | $0.00 |
| 06/07/2024 | Trazodone 50mg Tablets<br>Rx:2639267-06732<br>Qty:30 | Castro cordoba,Juan | JXT | 13107007901 | CMRKMPD/<br>241593308545<br>274998 | $1.81 |
| 06/07/2024 | Bupropion XL 150mg Tablets (24 H)<br>Rx:2639268-06732<br>Qty:30 | Castro cordoba,Juan | JXT | 68180031909 | CMRKMPD/<br>241593309016<br>122998 | $0.00 |
| 06/07/2024 | Effexor XR 150mg Capsules<br>Rx:2639270-06732<br>Qty:30 | Castro cordoba,Juan | ALH | 00008083621 | CMRKMPD/<br>241593309604<br>324998 | $297.16 |
| 05/11/2024 | Effexor XR 150mg Capsules<br>Rx:1984000-06659<br>Qty:30 | Castro cordoba,Juan | FFH | 00008083621 | CMRKMPD/<br>241324359477<br>144999 | $297.16 |
| 05/09/2024 | Fluticasone 50mcg Nasal Sp (120) Rx<br>Rx:1983310-06659<br>Qty:16 | Fischione,Andrea | LDJ | 00054327099 | CMRKMPD/<br>241303001433<br>113999 | $15.00 |
| 04/18/2024 | Effexor XR 150mg Capsules<br>Rx:1977493-06659<br>Qty:30 | Castro cordoba,Juan | JEB | 00008083621 | CMRKMPD/<br>241093007711<br>310998 | $297.16 |
| 04/16/2024 | Trazodone 50mg Tablets<br>Rx:1976891-06659<br>Qty:30 | Castro cordoba,Juan | SKT | 13668033005 | CMRKMPD/<br>241073355573<br>260998 | $1.54 |
| 04/16/2024 | Bupropion XL 150mg Tablets (24 H)<br>Rx:1976892-06659<br>Qty:30 | Castro cordoba,Juan | JEB | 68180031909 | CMRKMPD/<br>241073355947<br>219998 | $0.00 |
| 03/13/2024 | Fluticasone 50mcg Nasal Sp (120) Rx<br>Rx:1968041-06659<br>Qty:16 | Stang,Taylor | LDJ | 60505082901 | CMRKMPD/<br>240734963915<br>069998 | $15.00 |
| 03/11/2024 | Effexor XR 150mg Capsules<br>Rx:1967442-06659<br>Qty:30 | Castro cordoba,Juan | PXK | 00008083621 | CMRKMPD/<br>240715756202<br>099997 | $297.16 |
| 02/22/2024 | Effexor XR 75mg Capsules<br>Rx:1961712-06659<br>Qty:30 | Wasco,Mary | JEB | 00008083321 | CMRKMPD/<br>240536514680<br>067999 | $272.80 |
| 02/14/2024 | Cefdinir 300mg Capsules<br>Rx:1960489-06659<br>Qty:10 | Wasco,Mary | ATL | 65862017760 | CMRKMPD/<br>240455111792<br>096998 | $4.85 |
| 01/25/2024 | Effexor XR 75mg Capsules<br>Rx:1954721-06659<br>Qty:30 | Castro cordoba,Juan | ATL | 00008083321 | CMRKMPD/<br>240254819733<br>044999 | $259.81 |
| 01/24/2024 | Bupropion XL 150mg Tablets (24 H)<br>Rx:1954722-06659<br>Qty:30 | Castro cordoba,Juan | ATL | 68180031909 | CMRKMPD/<br>240245148018<br>013998 | $0.00 |

| Date | Medication | Patient | Store | NDC | Claim | Price |
|---|---|---|---|---|---|---|
| 01/24/2024 | Trazodone 50mg Tablets<br>Rx:1954723-06659<br>Qty:30 | Castro cordoba,Juan | ATL | 13668033005 | CMRKMPD/<br>240245148646<br>268998 | $1.36 |
| 12/23/2023 | Trazodone 50mg Tablets<br>Rx:1947175-06659<br>Qty:30 | Castro cordoba,Juan | ATL | 13668033005 | PCSMC/<br>233575557111<br>052998 | $4.99 |
| 12/23/2023 | Bupropion XL 150mg Tablets (24 H)<br>Rx:1947176-06659<br>Qty:30 | Castro cordoba,Juan | ATL | 68180031909 | PCSMC/<br>233575557705<br>009998 | $5.00 |
| 12/01/2023 | Effexor XR 75mg Capsules<br>Rx:1941350-06659<br>Qty:90 | Brooke,Miles | LDJ | 00008083321 | PCSMC/<br>233355196741<br>004995 | $638.22 |
| 10/14/2023 | Metformin 500mg Tablets<br>Rx:4623849-04402<br>Qty:30 | Brooke,Miles | MNY | 00378718505 | PCSMC/<br>232873077371<br>160999 | $1.00 |
| 10/14/2023 | Nifedipine 30mg ER (CC) Tablets<br>Rx:4623853-04402<br>Qty:60 | Brooke,Miles | MNY | 68682010510 | PCSMC/<br>232874088882<br>008998 | $3.00 |
| 10/13/2023 | Bupropion XL 150mg Tablets (24 H)<br>Rx:4623848-04402<br>Qty:30 | Brooke,Miles | RND | 68180031909 | PCSMC/<br>232866493912<br>108999 | $5.00 |

**Total: $2,657.21**

**Generics saved you $0.00**
**Insurance saved you $5,106.44**

Please be aware that certain insurance claim information may not be included in this report. Please speak with a pharmacy staff member if you have questions regarding payments for your prescriptions.

Thank you for choosing Walgreens.
Walgreens | 877-250-5823 | PO Box 29063 Phoenix,AZ 85038